IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SOUTH ARKANSAS RT ASSOCIATES, LLC;
TPC, Inc., as a member and on the behalf of
SOUTH ARKANSAS RT ASSOCIATES, LLC;
and JIM MOOTY, as a manager and on the behalf
of SOUTH ARKANSAS RT ASSOCIATES, LLC                                              PLAINTIFF


v.                                          CASE NO. 14-cv-1030


DEREK PRENTICE, as a manager of
SOUTH ARKANSAS RT ASSOCIATES, LLC                                                 DEFENDANT


## ORDER

Before the Court is Plaintiffs' Motion to Voluntarily Dismiss Without Prejudice and Joint Motion to Dissolve Receivership and Discharge Receiver. (ECF No. 18). Plaintiffs inform the Court that the parties have agreed that the receivership should be dissolved and ask the Court to dismiss the case without prejudice. Plaintiffs further inform the Court that Defendant and Receiver do not oppose the motion. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the Court finds that the motion (ECF No. 18) should be and hereby is **GRANTED**. The case is **DISMISSED WITHOUT PREJUDICE**. The Receiver is discharged from any further obligations.

**IT IS SO ORDERED**, this 11th day of August, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge